Renee C. Ohlendorf, Esq. (SBN 263939)
Email: rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
11601 Wilshire Boulevard, Suite 800
Los Angeles, CA  90025
Telephone:   (310) 909-8000
Facsimile:    (310) 909-8001

Attorneys for Defendant,
GC Services, L.P.

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MURPHY,<br><br>    Plaintiff,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant. | Case No. 09-CV-2942-JLS-CAB<br><br>[Assigned to the Honorable Janis L. Sammartino, Rm No. 6]<br><br>**RULE 68 OFFER OF JUDGMENT** |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, GC SERVICES LIMITED PARTNERSHIP ("Defendant"), by and through its attorney, Renee Choy Ohlendorf of Hinshaw & Culbertson LLP,  hereby offers to allow judgment to be taken against it and in favor of plaintiff, MICHAEL MURPHY as follows:

1. Judgment shall be entered against defendant in the amount of $2,750.00 arising from plaintiff's claims against defendant as alleged in plaintiff's complaint in the herein matter.

2. The $2,750.00 judgment to be entered shall be considered inclusive of all of plaintiff's reasonable attorney fees and costs incurred by plaintiff in connection with the claims alleged, as well as any/all additional costs, fees, penalties, interest and/or damages alleged.

3. If defendant's offer is accepted, plaintiff agrees to release all claims she has or could have brought against defendant and/or any of its parents, subsidiaries, affiliates, officers, partners, employees, agents, attorneys, successors, predecessors and/or assigns, which arise from the transaction and/or form the basis for any of plaintiff's claims, including the facts set forth in plaintiff's complaint in this matter, including any claims for costs, attorney fees, statutory penalties, damages and interest.

4. This Offer is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that the defendant is liable in this action, that the plaintiff has suffered any damage, or for any other reason.

Respectfully Submitted,

DATED: January 13, 2009        HINSHAW & CULBERTSON LLP

By: *s/Renee Choy Ohlendorf, Esq.*
Renee Choy Ohlendorf
Attorneys for Defendant
GC Services, LP